UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STEPHANIE SIMMONS,**

                    Plaintiff,

vs.

**CARMELA FOODS DISTRIBUTION, INC.,**
Jointly and severally,

                    Defendants.

Case No. 2:20-cv-11856

Hon. Stephen J. Murphy, III
Mag. Judge Elizabeth A. Stafford

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

The parties, STEPHANIE SIMMONS and CARMELA FOODS DISTRIBUTION, INC., by and through their undersigned counsel, and pursuant to LR 41.1, hereby give notice that they have resolved this matter. Due to the Holidays, the pandemic, and other factors, the parties respectfully request 60 days to submit a joint stipulated order of dismissal.

Dated: December 22, 2020

/s/ *Jack W. Schulz (w/ permission)*
Jack W. Schulz (P78078)
SCHULZ LAW PLC
PO Box 44855
Detroit, MI 48244
(313) 246-3590
jackwschulz@gmail.com
*Attorneys for Plaintiff*

Dated:  December 22, 2020

*/s/ J. Travis Mihelick (w/ permission)*
J. Travis Mihelick (P73050)
DINSMORE & SHOHL LLP
900 Wilshire Drive, Suite 300
Troy, Michigan 48084
(248) 203-1655/(248) 647-5210 (fax)
travis.mihelick@dinsmore.com
*Counsel for Defendant*