UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE SIMMONS,

        Plaintiff,

v.

CARMELA FOODS
DISTRIBUTION, INC.,

        Defendant.
_____/

Case No. 2:20-cv-11856

HONORABLE STEPHEN J. MURPHY, III

### ORDER DISMISSING THE CASE WITHOUT PREJUDICE

The parties notified the Court that they have settled the case. ECF 16, PgID 83. Because the case has settled, there is no longer a case or controversy before the Court. The Court will therefore dismiss the case without prejudice and require the parties to file their closing documents dismissing the case with prejudice no later than February 19, 2021.

**WHEREFORE**, it is hereby **ORDERED** that it is hereby **ORDERED** that that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties shall **FILE** their closing documents dismissing the case with prejudice by **February 19, 2021**.

**SO ORDERED.**

                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: December 28, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 28, 2020, by electronic and/or ordinary mail.

                                              s/ David P. Parker
                                              Case Manager