UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANIE SIMMONS,

    Plaintiff,

v.

CARMELA FOODS, INC. and
CARMELA FOODS DISTRIBUTION,
INC.,

    Defendants.
_____/

Case No. 2:20-cv-11856

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, the parties having stipulated to the dismissal of the above-referenced cause of action with prejudice and without costs, interest or attorney fees to any party, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED**, that the above entitled cause of action is dismissed in its entirety with prejudice and without costs, interest or attorney fees to any party.

**THIS IS A FINAL ORDER AND CLOSES THE CASE.**

                                                      s/ Stephen J. Murphy, III
                                                      STEPHEN J. MURPHY, III
                                                      United States District Judge

Dated: January 15, 2021

2

**I hereby stipulate to the entry of the above order and waive notice of entry of the same**

*/s/ Jack W. Schulz*
Jack W. Schulz (P78078)
Attorney for Plaintiff

*/s/ J. Travis Mihelick*
J. Travis Mihelick (P73050)
Attorney for Defendants